IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:19-cv-866-ECM |
| | ) |
| OPELL HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The parties have reported to the Court that a settlement has been reached in this case. (Doc. 28). Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated and all motions are denied as moot.

DONE this 29th day of October, 2020.

                                                  /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE